UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| THE BANK OF NEW YORK MELLON, | ) | Case No.: 11-CV02761-LHK |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING REPORT AND |
| v. | ) | RECOMMENDATION TO REMAND |
| | ) | TO SANTA CLARA COUNTY |
| MERLITA LAVARIAS, | ) | SUPERIOR COURT |
| | ) | |
| Defendant. | ) | |
| | ) | |

On June 24, 2011, the Honorable Magistrate Judge Howard R. Lloyd made a report and recommendation to remand this case for lack of subject matter jurisdiction. *See* June 24, 2011 Report and Recommendation [dkt. #4]. The Report and Recommendation noted that this unlawful detainer action does not arise under federal law and does not satisfy the amount in controversy requirement for diversity. *See id.* at 2-3.

This matter was transferred to the undersigned on June 27, 2011. No objections have been filed, and the time to file objections has expired. Having reviewed the Report and Recommendation, as well as the record in this case, the Court finds that the Report and Recommendation is well-founded in fact and in law and, therefore, the Report and Recommendation is adopted in its entirety.

1

Case No.: 11-CV-02761-LHK
ORDER ADOPTING REPORT AND RECOMMENDATION TO REMAND CASE

Accordingly, this action is REMANDED to Santa Clara County Superior Court.

**IT IS SO ORDERED.**

Dated: August 5, 2011

_____
LUCY H. KOH
United States District Judge